No. 738. CAUDLE v. UNITED STATES; and

No. 739. CONNELLY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion the petitions should be granted. MR. JUSTICE CLARK and MR. JUSTICE WHITTAKER took no part in the consideration or decision of these applications. C. Arthur Anderson and John J. Hooker for petitioner in No. 738. Jacob M. Lashly, John H. Lashly, Paul B. Rava and Alan Y. Cole for petitioner in No. 739. Solicitor General Rankin, Roger Fisher and Carl H. Imlay for the United States. Reported below: 249 F. 2d 576.

No. 33, Misc. AYCOCK v. FLORIDA ET AL. Supreme Court of Florida. Certiorari denied. Petitioner pro se. Richard W. Ervin, Attorney General of Florida, and David U. Tumin, Assistant Attorney General, for respondents.

No. 249, Misc. KANTER v. RECORDER'S COURT, DETROIT, MICHIGAN, ET AL. Supreme Court of Michigan. Certiorari denied. Petitioner pro se. Paul L. Adams, Attorney General of Michigan, and Samuel J. Torina, Solicitor General, for respondents.

No. 276, Misc. GAWRON v. SUPREME COURT OF ILLINOIS ET AL. Supreme Court of Illinois. Certiorari denied. Petitioner pro se. Latham Castle, Attorney General of Illinois, and William C. Wines, Assistant Attorney General, for respondents.

No. 407, Misc. WOODS v. HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 429, Misc. DuBois v. TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.